Mary Throne, Wyo. Bar No. 5-2699
Throne Law Office, P.C.
P.O. Box 828
211 W. 19th St.
Cheyenne, WY  82003
Telephone: 307-637-2822
Facsimile:  307-674-6104
mthrone@thronelaw.com

Jenny W. Chen,
(California Bar No. 205043)
Chen IP Law Group
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Fax: +886.2.7721.8822
jenny.chen@cheniplaw.com

*Attorneys for DFI Technologies L.L.C, ITOX L.L.C, **S**huttle Inc., and Shuttle International Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **AFTG-TG, L.L.C.,** *et al.,*  **Plaintiffs,**  vs.  **GIGABYTE TECHNOLOGY CO., LTD.,** *et al.*,  **Defendants.** | **Motion for Admission Pro Hac Vice**  **Civil No.: 2:20-cv-00228-NDF** |

## MOTION FOR ADMISSION PRO HAC VICE

Mary Throne of Throne Law Office, P.C., counsel for Defendants DFI Technologies L.L.C, ITOX L.L.C, Shuttle Inc., and Shuttle International Inc. ("DFI and Shuttle Defendants"), respectfully moves this court to enter the attached proposed order to admit Jenny W. Chen in this case pursuant to Rule 83.12.2 of the Local Rules of the United States District Court for the District of Wyoming.  In support of this Motion, I further state as follows:

1. I am a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

2. I vouch for the good moral character and veracity of Jenny W. Chen, *pro hac vice* applicant.

3. I shall be fully prepared to represent DFI and Shuttle Defendants at any time, in any capacity.

4. The declaration of Jenny W. Chen accompanies this motion.

WHEREFORE DFI and Shuttle Defendants respectfully request that this Court enter an Order granting this pro hac vice Motion.

Respectfully submitted this 11th day of January 2011.

        **/s/ Mary A. Throne**
        Mary A. Throne, Wyo. Bar No. 5-2699
        Throne Law Office, P.C.
        P.O. Box 828
        211 W. 19th St.
        Cheyenne, WY  82003
        Telephone: 307-637-2822
        Facsimile:  307-674-6104
        mthrone@thronelaw.com

        Jenny W. Chen,
        (California Bar No. 205043)
        Chen IP Law Group
        7F, No. 1, Alley 30, Lane 358, Rueiguang
        Road Neihu District
        Taipei, Taiwan 114
        Telephone: +886.2.7721.8855
        Fax: +886.2.7721.8822
        jenny.chen@cheniplaw.com

        *Attorneys for DFI Technologies L.L.C,*
        *ITOX L.L.C,* **S***huttle Inc., and Shuttle*
        *International Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and complete copy of the above and foregoing upon each of the other parties hereto by electronic filing on this 11th day of January, 2011.

    Ezekiel R. Dumke, IV
    John A. Quinn
    Quinn Dumke
    2150 South 1300 East, Suite 500
    Salt Lake City, UT 84106
    edumke@quindumke.com
    jquinn@qunndunke.com

    Randal B. Reed
    Dray Thomson & Dyekman
    204 E. 22nd Street
    Cheyenne, WY 82001-3799
    randy.reed@draylaw.com

    J. Kent Rutledge
    Corinne E. Rutledge
    Shawnna M. Herron
    Lathrop & Rutledge, P.C.
    1920 Thomas Avenue, Suite 500
    PO Box 4068
    Cheyenne, WY 82003
    crutledge@lathroprutledge.com

    **/s/ Mary A. Throne**
    Mary A. Throne, Wyo. Bar No. 5-2699
    Throne Law Office, P.C.