John A. Quinn [Admitted Pro Hac Vice]
Ezekiel R. Dumke IV [Admitted Pro Hac Vice]
QUINN DUMKE LLC
2150 S. 1300 E., Ste. 500
Salt Lake City, UT 84106
Telephone: (801) 990-2776
Facsimile: (801) 990-4601

Randall B. Reed, Wyo. Bar No. 5-2863
DRAY, DYEKMAN, REED & HEALEY PC
204 E. 22nd St.
Cheyenne, WY 82001
Telephone: (307) 634-8891
Facsimile: (307) 634-8902

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AFTG-TG, L.L.C., a Wyoming limited liability company, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GIGABYTE TECHNOLOGY CO. LTD., a Taiwan corporation, et al., <br><br> Defendants. | **PLAINTIFFS' MOTION TO DISMISS DEFENDANT UNIVERSAL SCIENTIFIC INDUSTRIAL WITHOUT PREJUDICE** <br><br> Civil No. 10-CV-228-F <br><br> Judge: Freudenthal |

Plaintiffs AFTG-TG, L.L.C. and Phillips M. Adams & Associates, LLC (collectively "ADAMS"), by and through their their counsel of record, hereby make this motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that all claims between and among ADAMS and Universal Scientific Industrial shall be dismissed in their entirety without prejudice with each

party to bear its own attorneys' fees and costs.

Dated: September 12, 2011          By:    /s/ Ezekiel R. Dumke IV

                                                Quinn Dumke LLC
Ezekiel R. Dumke IV
2150 S. 1300 E., Ste. 500
Salt Lake City, UT 84106
(801) 990-2776

Attorneys For Plaintiff AFTG-TG, L.L.C. and
Phillip M. Adams & Associates, LLC